# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMBE INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOS KOS USA LLC d/b/a CARICARE, a California Corporation,<br><br>Defendant. | No. 2:23-cv-03796-JAK (AGRx)<br><br>**JUDGMENT** |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Defendant Kos Kos LLC, USA has manufactured, used, offered for sale, and sold its CariCare Naturally Darkening Shampoo.

2. Defendant's CariCare Naturally Darkening Shampoo infringes Plaintiff's U.S. Patent No. 9,474,704.

3. Defendant has induced purchasers of the CariCare Naturally Darkening Shampoo to infringe Plaintiff's U.S. Patent No. 9,474,704.

4. Defendant and its directors, officers, agents, employees, successors, subsidiaries, assigns, affiliates, and all persons acting in privity, concert, or participation with any of the above are hereby permanently enjoined from: (1) engaging in the manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of products that infringe U.S. Patent No. 9,474,704, including but not limited to the CariCare Naturally Darkening Shampoo and any product that is not more than colorably different from the CariCare Naturally Darkening Shampoo; and (2) actively inducing others, including purchasers of the CariCare Naturally Darkening Shampoo, to infringe U.S. Patent No. 9,474,704.

5. Within 30 days of service of this Order, Defendant shall file with this Court, and serve on counsel for Plaintiff, a report providing documentation of all of Defendant's sales of the infringing CariCare Naturally Darkening Shampoo (and any other product not more than colorably different from the CariCare Naturally Darkening Shampoo), sufficient to show the revenue and profit received for each sale.

6. No later than March 3, 2025, Plaintiff shall file with this Court a report on damages, including: (1) the amount of damages sought by Plaintiff, including pre- and post-judgment interest; (2) a summary of the evidence relied on by Plaintiff to support the damages sought; and (3) whether Plaintiff requests additional damages discovery from Defendant or any third party.

7. After receiving Plaintiff's report on damages (and holding a postjudgment hearing on damages, if the Court determines such a hearing to be warranted), the Court shall issue an order regarding the amount of damages awarded to Plaintiff.

8. Plaintiff is the prevailing party for purposes of this action. Subsequent to the order regarding the amount of damages, Plaintiff shall be permitted to file a bill of costs pursuant to 28 U.S.C. § 1920 and Fed. R. Civ. P 54(d)(1), for review and resolution by the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: January 16, 2025   _____
John A. Kronstadt
United States District Judge